IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JODI L. STENNES, Defendant. | PO 17-5039-BLG-TJC<br><br>Violation No. 6313017<br>Location Code: M31<br><br>ORDER |
|---|---|

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the $50.00 payment received on October 2, 2017, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. 6313017 issued to Jodi L. Stennes on July 1, 2017.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on September 22, 2017 for Jodi L. Stennes regarding Violation No. 6313017 shall be QUASHED

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 3rd day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge